IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MARICELA RAMIREZ,

No. 3:20-CV-152-JR

Plaintiff,

ORDER

v.

JOSHUA KORNEGAY, MD; SARAH
GOMEZ, MD; ADDRIENNE HUGHES, MD;
LARA JESIC, FNP; MATTHEW NOBLE, MD;
VERDA DEW, LCSW; SUSAN YODER, RN
BSN; GREG MOAWAD; KARYN THRAPP,
RN BSN; ERIC BROWN; OREGON HEALTH
AND SCIENCE UNIVERSITY; OREGON
DEPARTMENT OF JUSTIC; STATE OF
OREGON; DOES 1 TO 100, Inclusive,

Defendants.

HERNÁNDEZ, District Judge:

Magistrate Judge Russo issued a Findings and Recommendation on May 3, 2021, in

which she recommends that this Court grant Defendants' Motions for Summary Judgment. F&R,

ECF 101. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Plaintiff filed timely objections to the Magistrate Judge's Findings & Recommendation. Pl. Obj., ECF No. 104. When any party objects to any portion of the Magistrate Judge's Findings & Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1); *Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

The Court has carefully considered Plaintiff's objections and concludes that there is no basis to modify the Findings & Recommendation. The Court has also reviewed the pertinent portions of the record *de novo* and finds no error in the Magistrate Judge's Findings & Recommendation.

## CONCLUSION

The Court adopts Magistrate Judge Russo's Findings and Recommendation [101]. Therefore, the OHSU Defendants' Motion for Summary Judgment [37] and the State Defendants' Motion for Summary Judgement [48] are GRANTED.

IT IS SO ORDERED.


DATED: ___July 13, 2021_____.



MARCO A. HERNÁNDEZ
United States District Judge